1  DAVID J. MERRILL
   Nevada Bar No. 6060
2  MORGAN F. SHAH
   Nevada Bar No. 12490
3  DAVID J. MERRILL, P.C.
   10161 Park Run Drive, Suite 150
4  Las Vegas, Nevada  89145
   Telephone: (702) 566-1935
5  Facsimile: (702) 993-8841
   E-mail: david@djmerrillpc.com
6  E-mail: morgan@djmerrillpc.com
   Attorneys for WELLS FARGO BANK, N.A.
7

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  DIMITRITZA TOROMANOVA, an      )
    Individual,                    )
12                                 )   Case No.:    2:12-cv-01637-LRH-(CWH)
              Plaintiff,           )
13                                 )
         vs.                       )
14                                 )
    WELLS FARGO BANK, N.A.; WACHOVIA )
15  MORTGAGE, FSB; NATIONAL DEFAULT )
    SERVICING CORPORATION; TIFFANY K. )
16  LABO,                          )
                                   )
17            Defendants.          )
                                   )
18
                      **NOTICE OF RELATED CASES**
19
         In accordance with LR 7-2.1, please take notice that counsel for Defendant Wachovia
20
    Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB,
21
    formerly known as World Savings Bank, FSB ("Wells Fargo"), has reason to believe the
22
    following actions are related:
23
         1.   Toromanova v. Wells Fargo Bank, N.A., et al.
24            Case No. 2:12-cv-00328-GMN-(CWH); and

25       2.   Toromanova v. Wells Fargo Bank, N.A., et al.
              Case No. 2:12-cv-01637-LRH-(CWH).
26
         Each of the above-referenced actions involves certain real property located at 2912 Hot
27
    Cider Avenue, North Las Vegas, Nevada 89031, more particularly identified as Clark County
28
    APN #124-32-415-039 (the "Property").  Additionally, in both actions, the plaintiff, Dimitritza

                                      1

Toromanova ("Toromanova"), challenges Wells Fargo's right to foreclose on the Property and seeks an order quieting title in her name. Because these cases are substantially similar, assignment to a single district judge is desirable.

DATED this 19th day of September 2012.

                                DAVID J. MERRILL, P.C.

By: _____
     DAVID J. MERRILL
     MORGAN F. SHAH
     10161 Park Run Drive, Suite 150
     Las Vegas, Nevada 89145
     (702) 566-1935
     Attorneys for WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 19th day of September 2012, service of the foregoing Notice of Related Cases was made to all counsel in the action through the Court's CM/ECF system. In addition, service was made by placing a copy in the United States Mail, postage prepaid and addressed to the following at their last known addresses:

Dimitritza Toromanova  
P.O. Box 19153  
Las Vegas, Nevada 89132

Tiffany K. Labo  
10120 S. Eastern Avenue, Ste. 300  
Henderson, Nevada 89052

_____  
An employee of David J. Merrill, P.C.

3