GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas NV 89107
Fax: (702) 258-8787
algrooms@tblaw.com
Attorney for Defendant
National Default Servicing Corporation

E-filed: September 25, 2012

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA,<br><br>  Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORPORATION; COLDWELL BANKER-Broker/sales Associate TIFFANY K. LABO,<br><br>  Defendants. | Case No.:  2:12-cv-01637-LRH-CWH |

### NATIONAL DEFAULT SERVICING CORPORATION'S DISCLOSURE SATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Defendant National Default Servicing Corporation (hereinafter "NDSC"), states that there is no parent corporation or publicly held corporation owning 10% or more of NDSC's stock. There are no known interested parties other than those participating in this case. These

///

///

///

///

///

- 1 -

representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 25th day of September, 2012.

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom
_____
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Defendant
National Default Servicing Corporation

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2012, I electronically transmitted the above NATIONAL DEFAULT SERVICING CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that on this 25th day of September, 2012, I placed a copy of the above NATIONAL DEFAULT SERVICING CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

Dimitriza Toromanova
P.O. Box 19153
Las Vegas, NV 89132
Plaintiff in Proper Person

/s/ Amy Grooms
An employee of Tiffany & Bosco, P.A.

TIFFANY & BOSCO, P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787