MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
702-383-0701 fax
mstoberski@ocgd.com
crichardson@ocgd.com

Attorneys for Tiffany K. Labo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

DIMITRITZA TOROMANOVA, an individual,

                Plaintiff,

v.

WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; TIFFANY K. LABO,

                Defendants.

CASE NO. 2:12-cv-01637-LRH-(CWH)

### DEFENDANT TIFFANY K. LABO'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Defendant EFI GLOBAL, hereby certifies that there are no known interested parties other those participating in the case.

. . .

. . .

. . .

. . .

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this ____ day of October, 2012.

          OLSON, CANNON, GORMLEY
          ANGULO & STOBERSKI

          MICHAEL E. STOBERSKI, ESQ.
          Nevada Bar No. 004762
          CHRISTOPHER J. RICHARDSON, ESQ.
          Nevada Bar No. 009166
          9950 W. Cheyenne Avenue
          Las Vegas, NV 89129
          Attorneys for Tiffany K. Labo

## CERTIFICATE OF SERVICE BY ELECTRONIC FILING

I HEREBY CERTIFY that on this __11__ day of October, 2012, I sent via e-mail a true and correct copy of the above and foregoing DEFENDANT TIFFANY K. LABO'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1 on the Clark County E-File Electronic Service List.

    Dimitritza Toromanova
    PO Box 19153
    Las Vegas, NV 89132
    Pro Se

    Kevin Soderstrom, Esq.
    Tiffany & Bosco
    212 S. Jones Blvd.
    Las Vegas, NV 89107
    Attorneys for National Default Servicing Corporation

    David J. Merrill, Esq.
    Morgan F. Shah, Esq.
    David J. Merrill, P.C.
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    Attorneys for Wells Fargo Bank, N.A.

_____
An employee of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI