Dimitritza Toromanova, Plaintiff
PO Box 19153

Las Vegas, NV 89132

(702) 467-7962



2012 OCT 18  P 3: 45

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Dimitritza Toromanova,      Case No.: 2:12-cv-01637-LRH-CWH

        Plaintiff,

v.      PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

WELLS FARGO BANK, N.A., *et al.*,
        Defendants.

     I received my service copy of the Defendant Labo's Motion to Dismiss and attachments, and this court's "Minute Order in Chambers," by mail.[1]

     I have moved the court to remand based on the fact Labo is a non-diverse defendant. As I explained there, this court's jurisdiction in this matter is defeated.[2]

     CERTIFICATE OF SERVICE: I certify that on this date I did serve a true copy of this Opposition on each Defendant's attorney of record by mail.

*Submitted with all rights reserved on October* 17 DH, *2012*

                                      *Dimitriza Toromanova, Plaintiff*

---

[1] See Docket ##14, 16

[2] Docket #17