MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
702-384-4012
702-383-0701 fax
mstoberski@ocgas.com
crichardson@ocgas.com

Attorneys for Tammy K. Labo

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; TIFFANY K. LABO,<br><br>                    Defendants. | CASE NO. 2:12-cv-01637-LRH-(CWH) |

### TIFFANY K. LABO'S JOINDER TO WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

COMES NOW, Defendant Tiffany K. Labo, by and through her counsel, OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and hereby joins in Wells Fargo Bank, N.A.'s Opposition to Plaintiff's Motion to Remand and adopts the arguments and grounds

///

///

///

///

as stated in the Points and Authorities filed on October 26, 2012.

DATED this 26 day of October, 2012.

>OLSON, CANNON, GORMLEY,
>ANGULO & STOBERSKI
>
>/s/ Michael E. Stoberski
>
>MICHAEL E. STOBERSKI, ESQ.
>Nevada Bar No. 004762
>CHRISTOPHER J. RICHARDSON, ESQ.
>Nevada Bar No. 009166
>9950 W. Cheyenne Avenue
>Las Vegas, NV 89129
>Attorneys for Tammy K. Labo

## CERTIFICATE OF SERVICE BY ELECTRONIC FILING

I HEREBY CERTIFY that on this 26th day of October, 2012, I sent via e-mail a true and correct copy of the above and foregoing **TIFFANY K. LABO'S JOINDER TO WELLS FARGO BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** on the Clark County E-File Electronic Service List (or, if necessary, by U.S. Mail, first class, postage prepaid), upon the following:

Dimitritza Toromanova
PO Box 19153
Las Vegas, NV 89132
Pro Se

An Employee of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI