DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
E-mail: morgan@djmerrillpc.com
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an Individual,<br><br>           Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; and TIFFANY K. LABO,<br><br>           Defendants. | Case No.:  2:12-cv-01637-LRH-(CWH) |

**JOINT STATUS REPORT**

In accordance with the Minutes of the Court dated September 19, 2012 (Doc. #3), the plaintiff, Dimitritza Toromanova ("Toromanova"), and Defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo"), National Default Servicing Corporation ("NDSC"), and Tiffany K. Labo ("Labo") (collectively, the "Parties") submit the following status report:

1

**1.  Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

On September 25, 2012, Wells Fargo filed a Motion to Dismiss and to Expunge Lis Pendens and Motion for Order Declaring Plaintiff a Vexatious Litigant (the "Wells Motion") (Docs. #10, #11, and #12), and NDSC filed a Motion to Dismiss (the "NDSC Motion") (Doc. #8).  On October 1, 2012, Labo filed a Motion to Dismiss (the "Labo Motion") (Doc. #12). Toromanova had up to and including October 10, 2012 to file responses to the Wells Motion and the NDSC Motion.  *See* LR 7-2(b).  However, Toromanova did not file a response to either motion.  Instead, on October 10, 2012, Toromanova filed a Motion to Remand.  (Doc. #17.)  The defendants have up to and including October 26, 2012 to file a response to the Motion to Remand.  *See* LR 7-2(b).  On October 18, 2012, Toromanova filed a response to the Labo Motion (Doc. #19).

**2.  Include a statement by counsel of action required to be taken by this court.**

Toromanova argues in her Motion to Remand and in her response to the Labo Motion that she need not file responses to the motions until the Court decides her Motion to Remand, as "Oppositions would be relevant only if this court denies this motion." (*See* Mot. to Remand (Doc. #17) at 1; *see also* Pl.'s Opp. to Mot. to Dismiss (Doc. 19) at 1.)  However, the Defendants are unaware of any authority that provides for the suspension of all other filing deadlines while a motion to remand is pending.  Accordingly, because Toromanova failed to timely file points and authorities in opposition to the Wells Motion, the NDSC Motion, or the Labo Motion, the Defendants assert that the motions to dismiss are unopposed and ripe for decision.

The Parties expect that the Motion to Remand will be fully briefed and ready for the Court's consideration no later than November 5, 2012.

**3.     Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention which have not previously been filed and are not available on the federal docket for review by this court.**

Not applicable.

DATED this 1st day of November 2012.

| | |
|---|---|
| DAVID J. MERRILL, P.C. | TIFFANY & BOSCO, P.A. |
| By: [signature]<br>MORGAN F. SHAH<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorneys for WELLS FARGO BANK, N.A. | By: /s/ Kevin S. Soderstrom<br>KEVIN S. SODERSTROM<br>212 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>(702) 258-8200<br>Attorneys for NATIONAL DEFAULT SERVICING CORPORATION |
| OLSON, CANNON, GORMLEY & DESRUISSEAUX | |
| By: /s/ Christopher J. Richardson<br>CHRISTOPHER J. RICHARDSON<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>(702) 384-4012<br>Attorneys for TIFFANY K. LABO | By: /s/ Dimitritza Toromanova<br>DIMITRITZA TOROMANOVA<br>P.O. Box 19153<br>Las Vegas, Nevada 89132<br>(702) 467-6972<br>In Proper Person |