UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIMITRITZA TOROMANOVA, an Individual,

        Plaintiff,

   vs.

WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; and TIFFANY K. LABO,

        Defendants.

Case No.: 2:12-cv-1637-LRH-(CWH)

## ORDER EXPUNGING LIS PENDENS

On August 27, 2012, the plaintiff, Dimitritza Toromanova ("Toromanova"), commenced this action by the filing a Complaint in the Eighth Judicial District Court, Clark County, Nevada. (*See* Doc. #1-1.) In connection with this action, on August 27, 2012, Toromanova also filed a Notice of Pendency of Action (Doc. #1-3 at 2), which she recorded with the Clark County Recorder's Office as Instrument No. 201208300003060 on August 30, 2012. Defendant Wells Fargo Bank, N.A. ("Wells Fargo") removed the action to this Court by filing a Petition for Removal on September 18, 2012. (*See* Doc. #1.) On September 25, 2012, Wells Fargo filed a Motion to Dismiss and to Expunge Lis Pendens and Motion for Order Declaring Plaintiff a Vexatious Litigant (Docs. #10, #11, and #12.) Likewise, Defendant National Default Servicing Corporation ("NDSC") filed a motion to dismiss on September 25, 2012 (Doc. #8) and Defendant Tiffany K. Labo ("Labo") filed a motion to dismiss on October 1, 2012 (Doc. #14). On January 7, 2013, this Court entered an order granting the defendants' motions to dismiss and to expunge the lis pendens and declaring Toromanova a vexatious litigant. (Doc. #35.)

IT IS THEREFORE ORDERED that the Notice of Pendency of Action filed on August 27, 2012 and recorded with the Clark County Recorder's Office on August 30, 2012 as Instrument No. 201208300003060 against real property located at 2912 Hot Cider Avenue,

1

1 | North Las Vegas, Nevada 89031, APN #124-32-415-039 shall be and hereby is expunged and
2 | released in full.
3 |     IT IS SO ORDERED.
4 |     DATED this _____ day of January 2013.

_____
HONORABLE LARRY R. HICKS
UNITED STATES DISTRICT JUDGE