DAVID J. MERRILL
Nevada Bar No. 6060
MORGAN F. SHAH
Nevada Bar No. 12490
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada  89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
E-mail: morgan@djmerrillpc.com
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA, an Individual,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORP; and TIFFANY K. LABO,<br><br>        Defendants. | Case No.:    2:12-cv-01637-LRH-(CWH) |

**REPLY IN SUPPORT OF MOTION TO AMEND ORDER**

On January 7, 2013, this Court entered an order denying plaintiff Dimitritza Toromanova's ("Toromanova") Motion to Remand (Doc. #34) and an order granting the defendants' motions to dismiss, granting the motion to expunge lis pendens, and granting the motion to declare plaintiff a vexatious litigant (Doc. #35) (the "Order").  Upon reviewing the Order, Wells Fargo Bank, N.A. ("Wells Fargo") observed that the Court inadvertently omitted substantive findings about the frivolous or harassing nature of the plaintiff's litigation that could subject the order to challenge.  Accordingly, Wells Fargo filed the instant Motion to Amend Order (Doc. #39) (the "Motion") on January 17, 2013 to bring the omission to the Court's attention and modify the Order pursuant to Fed. R. Civ. P. 60(a).

1  On February 4, 2013, Toromanova filed an Opposition to the Motion (Doc. #42) in which she continues to argue that this Court lacks jurisdiction and attempts to challenge the Order itself on the merits.  However, Toromanova fails to provide any reason why the Court should not amend the Order to "correct a clerical mistake or a mistake arising from oversight or omission." *See* Fed. R. Civ. P. 60(a).  Therefore, Wells Fargo respectfully requests that the Court amend the Order to include substantive findings about the frivolous or harassing nature of the plaintiff's litigation in accordance with the requirements set forth in *De Long v. Hennessey*, 912 F.3d 1144, 1147-48 (9th Cir. 1999).  At the time it filed the Motion, Wells Fargo submitted a proposed Order Granting Motion to Amend Order (Doc. #40) that addresses its concerns.

DATED this 12th day of February 2013.

DAVID J. MERRILL, P.C.

By: _____
DAVID J. MERRILL
MORGAN F. SHAH
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935
Attorneys for WELLS FARGO BANK, N.A.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 12th day of February 2013, service of the foregoing Reply in Support of Motion to Amend Order was made to all counsel in the action through the Court's CM/ECF system. In addition, service was made by placing a copy in the United States Mail, postage prepaid and addressed to the following at their last known addresses:

> Dimitritza Toromanova
> Post Office Box 19153
> Las Vegas, Nevada  89132

_____
An employee of David J. Merrill, P.C.