GREGORY L. WILDE, ESQ.  
Nevada Bar No. 4417  
KEVIN S. SODERSTROM, ESQ.  
Nevada Bar No. 10235  
**TIFFANY & BOSCO, P.A.**  
212 S. Jones Blvd.  
Las Vegas NV 89107  
Fax: (702) 258-8787  
Attorney for Defendant  
National Default Servicing Corporation

E-filed: February 22, 2013

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA TOROMANOVA,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; NATIONAL DEFAULT SERVICING CORPORATION; COLDWELL BANKER-Broker/sales Associate TIFFANY K. LABO,<br><br>Defendants. | Case No.: 2:12-cv-01637-LRH-CWH |

**NATIONAL DEFAULT SERVICING CORPORATION'S JOINDER TO TIFFANY K. LABO'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDERS AND JUDGMENTS – FRCP 60**

COMES NOW Defendant National Default Servicing Corporation (hereinafter "NDSC"), by and through its counsel of record, Gregory L. Wilde, Esq., and hereby joins in Tiffany K. Labo's Opposition to Plaintiff's Motion for Relief From Orders and Judgments – FRCP 60 (Doc. #44) filed on February 21, 2013.  NDSC incorporates by reference herein all of

///

///

///

///

///

- 1 -

the points and authorities, to the extent that they apply to NDSC, set forth by Tiffany K. Labo in her Opposition.

DATED this 22nd day of February, 2013.

**TIFFANY & BOSCO, P.A.**

/s/ Kevin S. Soderstrom
_____
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
KEVIN S. SODERSTROM, ESQ.
Nevada Bar No. 10235
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Defendant
National Default Servicing Corporation

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2013, I electronically transmitted the above NATIONAL DEFAULT SERVICING CORPORATION'S JOINDER TO TIFFANY K. LABO'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDERS AND JUDGMENTS – FRCP 60 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

I further certify that on this 22nd day of February, 2013, I placed a copy of the above NATIONAL DEFAULT SERVICING CORPORATION'S JOINDER TO TIFFANY K. LABO'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDERS AND JUDGMENTS – FRCP 60 into a sealed envelope and mailed it via regular mail, postage prepaid, addressed to:

    Dimitriza Toromanova
    P.O. Box 19153
    Las Vegas, NV 89132
    Plaintiff in Proper Person

                              /s/ Amy McConnell_____
                              An employee of Tiffany & Bosco, P.A.

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787