1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                        * * *

9    DIMITRITZA TOROMANOVA                )
                                          )
10                   Plaintiff,           )           2:12-cv-1637-LRH-CWH
                                          )
11   v.                                   )
                                          )           ORDER
12   WELLS FARGO BANK, N.A.; et al.,      )
                                          )
13                   Defendants.          )
     _____)

14

15          Before the court is plaintiff Dimitritza Toromanova's ("Toromanova") objections to the

16   court's orders which the court shall construe as a motion for reconsideration. Doc. #52.[1]

17   **I.     Facts and Background**

18          Plaintiff Toromanova filed a complaint in state court against defendants for wrongful

19   foreclosure. *See* Doc. #1, Exhibit A. Defendants removed the action to federal court on the basis of

20   diversity jurisdiction. Doc. #1. Thereafter, Toromanova filed the present motion for

21   reconsideration. Doc. #52.

22   **II.    Discussion**

23          In her motion, Toromanova contends that this court is without jurisdiction to hear this

24   action, and therefore, all of the court's orders were in error. The court disagrees. As addressed at

25   length in the court's order denying Toromanova's motion to remand, the exercise of diversity

26

     _____
              [1] Refers to the court's docket entry number.

jurisdiction is appropriate because there is complete diversity between the parties. *See* Doc. #34. Thus, it was not error for the court to exercise jurisdiction in this action and enter its prior orders. Accordingly, the court shall deny her objections.

      IT IS THEREFORE ORDERED that plaintiff's objection to the court's orders (Doc. #52) is DENIED.

      IT IS SO ORDERED.

      DATED this 27th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE